1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                        FOR THE DISTRICT OF ARIZONA
8
9    Lawrence K. Connor,                  )    No. CV 04-657-TUC-CKJ
                                          )
10              Plaintiff,                )    **ORDER**
                                          )
11   vs.                                  )
                                          )
12                                        )
     Jo Anne B. Barnhart, Commissioner of )
13   Social Security,                     )
                                          )
14              Defendant.                )
                                          )
15   _____   )
16
17          Pending before the Court is Plaintiff's Motion for Summary Judgment pertaining to
18   the denial of disability benefits.  Also pending before the Court is Defendant's Cross-Motion
19   for Summary Judgment regarding the same denial of disability benefits.
20          United States Magistrate Judge Jacqueline Marshall issued a Report and
21   Recommendation on March 31, 2006.  In that Report and Recommendation, Magistrate
22   Judge Marshall recommended denying Defendant's Cross-Motion for Summary Judgment,
23   granting Plaintiff's Motion for Summary Judgment, and remanding the case to the ALJ for
24   reconsideration consistent with the Report and Recommendation.
25          The Report and Recommendation indicated that any party could file written objections
26   within ten days after being served with a copy of the Report and Recommendation.  Copies
27   of the Report and Recommendation were sent out to all parties on March 31, 2006.  The
28

1   parties have not filed objections to the Report and Recommendation. As such, the Court will

2   not consider any objections or new evidence.

3       The Court has reviewed the entire record and concludes that Magistrate Judge

4   Marshall's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R.

5   Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v.*

6   *Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

7       Accordingly, IT IS HEREBY ORDERED as follows:

8   (1) United States Magistrate Judge Marshall's Report and Recommendation (Doc. #22) is

9   **ACCEPTED AND ADOPTED**.

10  (2) Defendant's Cross-Motion for Summary Judgment (Doc. #14) is **DENIED**.

11  (3) Plaintiff's Motion for Summary Judgment (Doc. #12) is **GRANTED**, and this case is

12  **REMANDED TO THE ALJ** for reconsideration consistent with the Report and

13  Recommendation.

14  (4) The **Clerk of the Court** is **directed to enter judgment accordingly and close the file**

15  **in this matter**.

16

17

18

19

20

21      DATED this 4th day of May, 2006.

22

23

24  _____
        Cindy K. Jorgenson
25      United States District Judge

26

27

28